

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00376-CV

**IN RE** Armando **RAMOS**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

Delivered and Filed: May 20, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Armando Ramos, filed his petition for writ of mandamus and accompanying record on May 11, 2026. Having considered the petition and the record, this court has determined that Ramos has not established that he is entitled to the relief sought. See Tex. R. App. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-18123, styled *Armando Ramos v. Mary Pietrazek*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.